NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUNIPER NETWORKS, INC.,**
*Plaintiff-Appellant,*

**v.**

**SSL SERVICES, LLC,**
*Defendant-Appellee.*

---

2010-1107

---

Appeal from the United States District Court for the Northern District of California Georgia in No. 08-CV-5758, Judge Saundra Brown Armstrong.

---

**JUDGMENT**

---

JONATHAN S. KAGAN, Irell & Manella LLP, of Los Angeles, California, argued for plaintiff-appellant. With him on the brief were MORGAN CHU and DAVID C. MCPHIE.

PAUL K. VICKREY, Niro, Haller & Niro, of Chicago, Illinois, argued for defendant-appellee. With him on the brief were DINA M. HAYES and FREDERICK C. LANEY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, PLAGER, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 13, 2010        /s/ Jan Horbaly
Date                Jan Horbaly
                        Clerk